Opinion filed August 16, 2012



## In The

# Eleventh Court of Appeals

_____

## No. 11-12-00018-CV

_____

### THE ESTATE OF SYLVIA PETTIT
### BHP CONSULTING, LP, AND HUNT PETTIT, Appellants

### V.

### JONATHAN JOSEPHSON, JAMES HORVATH, RUTH HORVATH, DALE KNEELAND, SHERYL KNEELAND, THOMAS BARNABAS, ABIGAIL BARNABAS, AND TERRI HASBROUCK, Appellees

### On Appeal from the 250th District Court

### Travis County, Texas

### Trial Court Cause No. D-1-GN-06-003070

## MEMORANDUM OPINION

Appellants, the Estate of Sylvia Pettit, BHP Consulting, LP, and Hunt Pettit, have filed a motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1. In the motion, appellants state that "[t]he Parties to this appeal have reached a mutually agreeable settlement of all claims and causes of action brought in this action and have executed an agreement memorializing the same." Appellants also state that the terms of the settlement include the dismissal of this appeal and that

opposing counsel has agreed to the relief sought.  Appellants further request that all costs be taxed against the party incurring same.  *See* TEX. R. APP. P. 42.1(d).  Therefore, in accordance with appellants' request, we dismiss the appeal and tax all costs against the party incurring same.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

August 16, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.